# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DENNIS MICHAEL CARTER, | No. CV 18-3522-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID BAUGHMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 2/25/2019

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE